**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Danielle Nichole Kelly, Dustin Ryan Floyd a/k/a Dustin
Ryan Floyd, Sr., Defendants,

Of whom Dustin Ryan Floyd is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2024-001617

---

Appeal From Greenville County
Jerrod A. Anderson, Family Court Judge

---

Unpublished Opinion No. 2025-UP-079
Submitted February 21, 2025 – Filed March 7, 2025

---

**AFFIRMED**

---

Matthew P. Head, of Head Law Firm, LLC, of
Greenville, for Appellant.

Rebecca Rush Wray, of South Carolina Department of
Social Services, of Greenville, for Respondent.

Megan Goodwin Burke, of Greenville, for the Guardian ad Litem.

———————

**PER CURIAM:** Dustin Ryan Floyd appeals the family court's final order terminating his parental rights to his minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2024). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Floyd's counsel.

**AFFIRMED.**[1]

**WILLIAMS, C.J., and GEATHERS and TURNER, JJ., concur.**

———————

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.